# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CIPRIAN AVILES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAVID A. LONG, WARDEN,<br><br>　　　　　Respondent. | CASE NO. SA CV 14-917-CJC (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 26, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE